RECEIVED

AUG 0 3 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

FILED
COURT OF APPEALS
SECOND DISTRICT OF TEXAS

AUG - 3 2015

DEBRA SPISAK, CLERK

COURT OF APPEALS
Second District of Texas

| | | |
|---|---|---|
| JEFFERY LEE MANNS | § | Court of Appeals Number |
| v. | § | 02-15-00247-CR |
| | § | Trial Court Case Number |
| THE STATE OF TEXAS | § | 1213452D |

RESPONCE TO THE COURT

TO THE HONORABLE SAID COURT:

Comes Now Jeffery Lee Manns, Petitioner in the above number and style Appeal would like to show the court the following:

I.

This Court holds the Jurisdiction to hold this appeal in this numbered appeal.

The 30 day period to file this appeal did not start until June 9, 2015. This is the date in which the Petitioner found out his motion for DNA Testing was denid.

II.

TIME LINE FOR MOTION AND APPEAL

11-24-14 Filed Motion for DNA Testing
12-15-14 Letter to the Clerk requesting the status of the Motion
1-12-15 Letter to the clerk requesting the status of the Motion
2-9-15 Letter to the clerk requesting the status of the Motion
3-10-15 State files there responce
3-24-15 Petitioner files his objection to State's responce
6-9-15 Recieved letter from Sharen Wilson Office with a copy
        of the fact findings and and the Judges ruling.
6-30-15 Notice of Appeal was filed within the 30 day limit
        with both the Second District Court of Appeal and
        the 396th District Court of Tarrant County.
        Appointment of Counsel was granted by the Tarrant County
        District Court for this appeal July 2015.
7-28-15 Recieved letter from Appeals Court requesting this responce.

1.

## SUMMARY

The Petitioner had no way of knowing that his Motion for DNA Testing was denid. All he has is the responce from the county court and the District Attoney Office and he used the rules of court for the 30 day rule. This Honorable Court hold the jurisdiction in this appeal. If the Court would take notice Exhibit A , is a letter from the Criminal District Attorney's office it is dated JUNE 4,2015 The Petitioner recieved legal mail JUNE 9,2015, Exhibit B . Petitioner's 30 days would not be up until July 9,2015, he filed his Notice of Appeal on JUNE 30,2015 well within his 30 day limit.

## PRAYER

WHEREFORE PREMISE CONSIDERED,the Petitioner prays this Honorable Court grant him his appeal for consideration by this court,it is so prayed.

Respectfully Submitted,

Jeffery Lee Manns #1751637

## INMATE DECLARATION

I certify that the forgoing is true and correct to the best of my ability. Executed on this day 30,the month July ,2015.


Jeffery Lee Manns


2.



# SHAREN WILSON
Criminal District Attorney
Tarrant County

June 4, 2015

Mr. Jeffery Lee Manns
TDCJ-ID#: 1751637
Ellis Unit
1697 FM 980
Huntsville, Texas 77343

     RE:   Manns, Jeffery Lee– Case No.: 1213452D

Dear Sir,

    Enclosed, please find a copy of the signed Finding and Order in the above referenced case.

                                 Sincerely,

                                 Frieda McMillin
                                 Post-Conviction
                                 Litigation Specialist

Enclosures



**SHAREN WILSON**
Criminal District Attorney
Tarrant County

401 West Belknap
Fort Worth, Texas 76196

EMYA-S3B 77343

Mr. Jeffery Lee Manns
TDCJ-ID#: 1751637
Ellis Unit
1697 FM 980
Huntsville, Texas 77343

P10-34

PRESORTED
FIRST CLASS

Recieved 6-9-15.



UNITED STATES POSTAGE
$ 00.416

MAILED FROM ZIP CODE 76196

Ex.B

FOREVER USA

SOUTH HOUSTON TX 775

01 AUG 2015 PM 1 L

Jeff mahns #1761637
1601 FM 980
Huntsville TX 77343

RECEIVED

AUG 03 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

Court of Appeals
Second District of Texas
401 W Belknap Suit 9000
Fort Worth TX 76196-0211

7615602 11